1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   P. GREG PARHAM
    California Bar No. 140310
6   Assistant United States Attorney
    Asset Forfeiture Section
7     Federal Courthouse, 14th Floor
     312 North Spring Street
8     Los Angeles, California 90012
     Telephone: (213) 894-6528
9     Facsimile: (213) 894-7177
     E-mail: Greg.Parham@usdoj.gov
10

11   Attorneys for Plaintiff
    United States of America

12

13              UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                WESTERN DIVISION

16   UNITED STATES OF AMERICA,   )
                      )    NO.   CV 11-05534 VBF(SHx)
17          Plaintiff,   )
                      )
18             v.       )
                      )    **CONSENT JUDGMENT OF**
19   $25,000.00 IN U.S. CURRENCY,)    **FORFEITURE**
                      )
20         Defendant.   )
    ─────────────────────── )
21                       )
    ADRIAN GARCIA DE ALBA,     )
22                       )
          Claimant.   )
23     ─────────────────────── )

24      This action was filed on July 5, 2011.  Notice was given and

25   published in accordance with law.  No statements of interest or

26   answers have been filed, and the time for filing such statements

27   and answers has expired.  Plaintiff and potential claimant Adrian

28   Garcia De Alba ("claimant"), from whom the $25,000.00 in U.S.

currency ("defendant currency") was seized and who filed an administrative claim thereto, have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the entirety of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether

pursuant to 28 U.S.C. § 2465 or otherwise.

5.   The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.   This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6.   The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated:   September 15, 2011


THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE